1  MARK W. GOOD (Bar No. 218809)
   TERRA LAW LLP
2  50 W. San Fernando St., #1415
   San Jose, California 95113
3  Telephone: 408-299-1200
   Facsimile: 408-998-4895
4  Email: mgood@terra-law.com

5  JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
   CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6  TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
   FRIEDMAN, SUDER & COOKE
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas 76102
   Telephone: (817) 334-0400
9  Facsimile: (817) 334-0401
   Email: jts@fsclaw.com
10 Email: vowell@fsclaw.com
   Email: blumenfeld@fsclaw.com
11
   Attorneys for Plaintiff
12 SOFTVAULT SYSTEMS, INC.

13 SONALI D. MAITRA (Bar No. 254896)
   DURIE TANGRI LLP
14 217 Leidesdorff Street
   San Francisco, CA 94111
15 Telephone: (415) 362-6666
   Facsimile: (415) 236-6300
16 Email: SMaitra@durietangri.com

17 Counsel for Defendant
   F-SECURE, INC.
18

19               UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21

22 SOFTVAULT SYSTEMS, INC.,              CASE NO. 4:16-cv-06473-YGR

23              Plaintiff,               NOTICE OF SETTLEMENT AND JOINT
                                         STIPULATION TO EXTEND TIME FOR
24     vs.                               DEFENDANT TO FILE A RESPONSE
                                         TO THE COMPLAINT
25 F-SECURE, INC.,
                                         JURY TRIAL DEMANDED
26              Defendant.

27     Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant F-Secure, Inc. ("Defendant")

28
                                         1
   NOTICE OF SETTLEMENT AND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
                     TO FILE A RESPONSE TO THE COMPLAINT

1   hereby file this Notice of Settlement and Joint Stipulation to Extend Time for Defendant to File a

2   Response to the Complaint, first advising the Court that the parties have reached a settlement in

3   principle which will dispose of the litigation and are in the process of preparing the paperwork to

4   properly memorialize their agreement. The parties anticipate that the settlement will be completed

5   by January 20, 2017.

6        Given the aforementioned settlement in principle, the parties further agree to extend the

7   time by which Defendant must move, answer or otherwise respond to the Complaint from the

8   current deadline of January 6, 2017 to January 20, 2017, at which point the parties anticipate

9   filing a Joint Stipulation of Dismissal with Prejudice.

10        This extension will not alter the date of any event or any deadline already fixed by Court

11   Order and the Stipulation is effective without Court Order pursuant to N.D. Cal. Civil L.R. 6-1(a);

12        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among

13   counsel for Plaintiff and Defendant that Defendant's deadline to move, answer or otherwise

14   respond to Plaintiff's Complaint is extended to January 20, 2017.

15   DATED: 1/3/17                          /s/ Todd I. Blumenfeld

16                                          FRIEDMAN, SUDER & COOKE
                                            Counsel for SoftVault Systems, Inc.
17

18   DATED: 1/3/17                          /s/ Sonali D. Maitra

19                                          DURIE TANGRI LLP
                                            Counsel for F-Secure, Inc.
20

21

22

23

24

25

26

27

28

2

NOTICE OF SETTLEMENT AND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO FILE A RESPONSE TO THE COMPLAINT