MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
50 W. San Fernando St., #1415
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  mgood@terra-law.com

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | CASE NO. 4:16-cv-06473-YGR |
| Plaintiff, | **NOTICE OF DISMISSAL –** |
| vs. | **~~PROPOSED~~ ORDER** |
| F-SECURE, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

     Recognizing the Notice of Dismissal filed by Plaintiff SoftVault Systems, Inc. ("SoftVault"), it is

     ORDERED that the claims asserted herein by SoftVault against Defendant F-Secure, Inc. ("F-Secure") be and hereby are, dismissed, WITH PREJUDICE; and

1  ORDERED that each party shall bear its own costs and attorney's fees.

2  Signed this 30th day of January , 2017.

3  _____
HONORABLE YVONNE GONZALEZ ROGERS
4  UNITED STATES DISTRICT JUDGE

4811-6091-7056, V. 1
4811-6091-7056, V. 1